IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| BATES-COOPER SLOAN FUNERAL HOMES, LLP AND C.R.C PARTNERSHIP | § § § § | |
| VS. | § § | Civil Action No. 5:23CV101-RWS-JBB |
| WEST AMERICAN INSURANCE COMPANY | § § § | |

**ORDER**

Before the Court is Plaintiffs' Motion for Dismissal. Docket No. 49. Plaintiffs Bates-Cooper Sloan Funeral Home, LLP and C.R.C. Partnership ("Plaintiffs") and Defendant West American Insurance Company ("Defendant") have resolved all matters in controversy and settled the above-styled and numbered cause of action. *See* Docket No. 41. Plaintiffs request the Court dismiss the above cause of action against Defendant with prejudice, with costs to be paid by the party incurring same. Docket No. 49.

Unless a defendant has filed an answer or summary judgment motion, the governing provision is Federal Rule of Civil Procedure 41(a)(1). *Carter v. United States*, 547 F.2d 258, 259 (5th Cir. 1977). Because Defendant has filed an answer, Plaintiff's motion for dismissal should be treated as a motion for voluntary dismissal under Rule 41(a)(2). Voluntary dismissals "should be freely granted," but a plaintiff's request will not be allowed if "the non-moving party will suffer some plain legal prejudice." *Elbaor v. Tripath Imaging, Inc.*, 279 F.3d 314, 317 (5th Cir. 2002). No plain legal prejudice has been shown or is apparent under the circumstances, and the voluntary dismissal with prejudice should be freely granted. *Hunsinger v. Andersons Gold & Silver Exch., L.L.C.*, No. 3:20-CV-2043-B-BH, 2021 WL 2384698, at *2 (N.D. Tex. May 21, 2021), *report and recommendation adopted*, 2021 WL 2377279 (N.D. Tex. June 10, 2021). Accordingly, it is

**ORDERED** that the motion (Docket No. 49) is **GRANTED**. It is further

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs, expenses, and attorney's fees. It is further

**ORDERED** that all relief not previously granted is hereby **DENIED**.

The Clerk of the Court is directed to **CLOSE** this civil action.

**So ORDERED and SIGNED this 16th day of December, 2024.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE